I Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

## UNITED STATES DISTRICT COURT

for the

District of

Division

FEB 27 2024

MITCHELL R. ELFERS
CLERK

Tammy Lea Salczynski
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If
the names of all the plaintiffs cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.) Genesis Healthcare dba
#1  St. Anthony Healthcare and Rehabilitation

2  Healthcare Services Group "HCSG"
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)
See attached

) Case No    **24 CV 193 DLM**
)           _____
)           (to be filled in by the Clerk's Office)
)
)
) Jury Trial: (check one)  ☐ Yes  ☐ No
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Tammy Lea Salczynski
Street Address      1777 Moreland Rd.
City and County     Portales              County of  Roosevelt
State and Zip Code  New Mexico            88130
Telephone Number    (575) 749-3547
E-mail Address      Tammylea.salczynski@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name                Genesis HealthCare dba St. Anthony Healthcare and Rehabilitation Center
Job or Title (if known)   a corporation

1 Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Street Address          1400 W. 21st. St.

City and County         Clovis          Curry County

State and Zip Code      New Mexico       88101

Telephone Number        (575) 762-4705

E-mail Address (if known)

Defendant No. 2

Name                    Healthcare Services Group    "HCSG"

Job or Title (if known)

Street Address  corp. info  3220 Tillman Dr.    Ste 300

City and County         Bensalem         Bucks    County

State and Zip Code      Pennsylvania   "PA"   19020

Telephone Number        (800) 363-4274

E-mail Address (if known)  info@hcsgcorp.com

Location of → incident info  1400 W. 21st. St.
Defendant No. 3              Clovis, NM    Curry County    88101

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

Defendant No. 4

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual
      The plaintiff (name) Tammy Lea Sakczynski  is a citizen of the
      State of (name) New Mexico

2.    If the plaintiff is a corporation

Page of 5

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**B.    The Defendant(s)**

1.    If the defendant is an individual

The defendant *(name)* _____ is a citizen of

the State of *(name)* _____ Or is a citizen of

*(foreign nation)* _____ .

2.    If the defendant is a corporation

The defendant *(name)* Genesis Healthcare dba St. Anthony Healthcare and Rehabilitation Center is incorporated under

the laws of the State of *(name)* New Mexico and has its

principal place of business in the State of *(name)* New Mexico

✳ Or is incorporated under the laws of *(foreign nation)* New Mexico

and has its principal place of business in *(name)* _____

See attached

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.    The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

re: Wrongful Death

Loss of potential income alone adds up to more than $75,000. The medical bills exceed ten times this amount, add funeral, loss of consortium, pain and suffering. There was extreme negligence so unsure of punitive damages.

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 1-26-21 and the approximate two months prior to at *(place)* 1400 W. 21st St, Clovis, NM 88101 the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

1 Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

For a period of approximately 2 months (evidence to be brougt when it IS time for "legal arguments) the defendants knowingly willfully, and negligently, in spite of numerous verbal and written warnings, did expose the plaintiff to an, otherwise avoidable, deadly disease.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Extreme illness, long-term loss of health, horrendous suffering of husband, complete with surgeries, dialysis, culminating in death.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

funeral (simple cremation, meal, travel, due to COVID) 3000.00
medical bills exceeded $1,000,000.00 I havent paid, instead hanging over my head and ruining credit,
potential income of spouse $700,000.00
loss of consortium, he was my high school sweetheart (typically three times all other) $5,106,000.00
pain and suffering and exemplary due to grossly reckless $1,000,000.00
                    total $6,106,000.00

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   2-24-24

Basis for Jurisdiction
  Part B.   The Defendant(s)
  → If the defendant is a corporation, continued
2nd defendant:
  The defendant: Healthcare Services Group   "HCSG"
  is incorporated under the laws of the state of: New Mexico
  and has its principal place of business in the state of:
  New Mexico

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Signature of Plaintiff

Printed Name of Plaintiff _Tammy Lea Silczynski_

## B.    For Attorneys

Date of signing: _____

Signature of Attorney            _____

Printed Name of Attorney         _____

Bar Number                       _____

Name of Law Firm                 _____

Street Address                   _____

State and Zip Code               _____

Telephone Number                 _____

E-mail Address                   _____

RT **527**

FZ

1
10:30 **A**

5076
02.27

ORIGIN ID:ROWA   (575) 749-3547
TAMMY LEA SALCZYNSKI

1777 MORELAND RD

PORTALES, NM 88130
UNITED STATES US

SHIP DATE: 26FEB24
ACTWGT: 0.20 LB
CAD: 6994900/SSFE2500

BILL CREDIT CARD

Part # 156297-435   RRDB2/EXP 09/24

TO **TO THE COURT CLERK**

**333 LOMAS BLVD NW**
**#270 ALB NM**
**ALBUQUERQUE NM 87102**

(505) 348-2000        REF:

INV:
PO:                    DEPT:

**FedEx**
Express

**E**

TRK# 2714 3805 5076
0201

**TUE — 27 FEB 10:30A**
**PRIORITY OVERNIGHT**

**XX ONMA**

**87102**
NM—US   **ABQ**

make Earth a priority together.

